### IRENE NOVAK *v.* RICHARD LEVIN ET AL.

The petition by the named defendant for certification for appeal from the Appellate Court (AC 27749) is granted, limited to the following issue:

"Did the Appellate Court properly grant the plaintiff's motions for reconsideration filed on November 6, 2006?"

KATZ, J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 17858.

*James B. Rosenblum,* in support of the petition.

Decided March 6, 2007

### STATE OF CONNECTICUT *v.* GERALD MOYHER

The defendant's petition for certification for appeal from the Appellate Court, 92 Conn. App. 612 (AC 25746), is denied.

*Thomas P. Mullaney III,* special public defender, in support of the petition.

Decided March 14, 2007